

EDTN  Judgment in a Criminal Case (Rev. 3/08)
Sheet 1

# FILED
MAY 16 2011
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
MUHAMMAD SHABAZZ ALLEN

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number:   3:07-CR-155-002

Kimberly A. Parton
Defendant's Attorney

## THE DEFENDANT:

[✓]  pleaded guilty to Count 2 of the Indictment.
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine Base | November 19, 2007 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ [] is [] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

September 11, 2008
Date of Imposition of Judgment

s/ Leon Jordan
United States District Judge
Signature of Judicial Officer

LEON JORDAN, United States District Judge
Name & Title of Judicial Officer

September 15, 2008
Date

DEFENDANT: MUHAMMAD SHABAZZ ALLEN
CASE NUMBER: 3:07-CR-155-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 105 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. Furthermore, the Court recommends the defendant be designated to FCI Lexington, KY.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m. [ ] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 4-15-11 to FMC-Lex
at Lexington, Ky , with a certified copy of this judgment.

Deborah A. Hickey, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL